UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ENRIQUE JARAMILLO,                                 JUDGMENT
                                                            08-CV- 2837 (ARR)
                       Plaintiff,

  -against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                       Defendant.
----------------------------------------------------------------X

       An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on December 9, 2009, granting the Commissioner's motion for judgment on the pleadings; and ordering that there was substantial evidence supporting the Administrative Law Judge's determinations that plaintiff was not disabled because he performed substantial gainful activity and that he was not entitled to a trial work period; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Commissioner's motion for judgment on the pleadings is granted; and that there was substantial evidence supporting the Administrative Law Judge's determinations that plaintiff was not disabled because he performed substantial gainful activity and that he was not entitled to a trial work period.


Dated: Brooklyn, New York                                  /S/
       December 09, 2009
                                                              ROBERT C. HEINEMANN
                                                              Clerk of Court